IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARTHUR LAWRENCE, et al.,<br><br>                        Plaintiffs,<br><br>vs.<br><br>DEPENDABLE MEDICAL TRANSPORT SERVICES, L.L.C., et al.,<br><br>                        Defendants.<br><br>JASON BORGES, et al.,<br><br>                        Plaintiffs,<br><br>vs.<br><br>DEPENDABLE MEDICAL TRANSPORT SERVICES, L.L.C., et al.,<br><br>                        Defendants. | No. 2:13-cv-00417-HRH<br>[Consolidated with<br>No. 2:14-cv-00207-HRH] |

NOTICE TO PARTIES

      With this notice, the court transmits to counsel for the parties its proposed order for preliminary approval of the parties' settlement agreement, motion for attorney fees, and stipulation for judgment. The court will take comments on the attachments until 4:30 p.m., Mountain Standard Time, on Friday, August 1, 2014.

      The court notes that the parties' settlement agreement and proposed judgment do not include defendants Mark Ganley and two Jane Doe Ganleys. The court intends to dismiss these three defendants with prejudice unless otherwise advised by the parties.

      DATED at Anchorage, Alaska, this <u>31st</u> day of July, 2014.

                                                                  /s/ H. Russel Holland<br>                                                                United States District Judge