IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARTHUR LAWRENCE and BRANDY LAWRENCE; RICARDO RAMIREZ and ELISHA RAMIREZ ; JIMMIE STANTON; and MEGAN WEST;<br><br>                                    Plaintiffs,<br><br>       vs.<br><br>DEPENDABLE MEDICAL TRANSPORT SERVICES, L.L.C.; et al..,<br><br>                                    Defendants.<br>_____<br><br>JASON BORGES; MICHAEL CASTLEBERRY; ANTHONY ENCINAS; THOMAS HARRELL; JOSEPH VALENZUELA;  MICHAEL VERASTEGUI; and VICTOR VERASTEGUI;<br><br>                                    Plaintiffs,<br><br>       vs.<br><br>DEPENDABLE MEDICAL TRANSPORT SERVICES, L.L.C.; et al..,<br><br>                                    Defendants.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 2:13-cv-00417-HRH<br>[Consolidated with<br>No. 2:14-cv-00207-HRH] |

JUDGMENT

In furtherance of the court's order granting preliminary approval of the collective action settlement agreement, the motion for attorney fees, and the parties' stipulation for entry of judgment, it is ORDERED AND ADJUDGED that the named plaintiffs in the above-captioned cases, as well as the 61 similarly situated present or former employees of defendants who have timely opted into the Lawrence case, have judgment against defendant Dependable Medical Transport Services, L.L.C., in the amount of $95,000.00 and

that Phillips Dayes Law Group have judgment against defendant Dependable Medical Transport Services, L.L.C., in the amount of $47,928.65 attorney fees and costs in the amount of $7,071.35, for a total judgment of $150,000.00. This judgment shall bear interest at the statutory rate of 0.12%.

The foregoing judgment is subject to the terms and conditions of the settlement agreement executed by the named parties and filed with the court on July 15, 2014.[1] The court retains jurisdiction of this case for purposes of enforcing the settlement agreement. Unless otherwise authorized by the court, no execution shall issue on this judgment, which is payable only from the proceeds of the sale of real property located at 2237 North 36th Street, Phoenix, Arizona 85008.

DATED at Anchorage, Alaska, this  4th  day of August, 2014.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 127-1